### 2533.  BURSE *v.* THE STATE.

RUSSELL, J.  1. The objection to the disqualification of the presiding
judge on account of relationship was not properly presented; and no
evidence was offered, either at the trial or upon the hearing of the
motion for a new trial, to support the statement that the prosecutor
was kin to the judge.

2. There is no merit in the other assignments of error. The evidence author-
ized the conviction of the defendant, and there was no error in refusing
a new trial.                                        *Judgment affirmed.*

DECIDED JULY 25, 1910.

Indictment for larceny; from Douglas superior court—Judge
Edwards.  January 29, 1910.

*W. A. James,* for plaintiff in error.

*W. K. Fielder,* solicitor-general, contra.